

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00073-CV

**ADVANCED FOUNDATION REPAIR, L.P.** and Structural Repair, LLC,
Appellants

v.

José **MENENDEZ** and Nicole Newman-Menendez,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI02654
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Costs of court for this appeal are taxed against Advanced Foundation Repair, L.P. and Structural Repair, LLC.

SIGNED July 31, 2019.

_____
Patricia O. Alvarez, Justice